UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**KAREN MULDOWNEY,**
    **Plaintiff,**

vs.                                             5:18-cv-1061
                                                (MAD/ATB)

**MERIT RECOVERY SYSTEMS, INC.,**
    **Defendant.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Default Judgment (Dkt. No. 12) is **DENIED**; and the Court further **ORDERS** that Plaintiff's complaint is **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendant's favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 30th day of August, 2019.

DATED: August 30, 2019

                                                *[signature]*
                                                Clerk of Court

                                                s/Britney Norton
                                                Britney Norton
                                                Deputy Clerk